```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA         :

        - against -              :          ORDER
                                             87-cr-419-DC
PERSIO TORRES-NUNEZ,             :

              Defendant.         :

- - - - - - - - - - - - - - - - -x
```

**CHIN, Circuit Judge**:

        Petitioner Persio Torres-Nunez, proceeding *pro se*, moved for compassionate release and assignment of counsel on November 18, 2020.  Dkt. No. 260.  IT IS HEREBY ORDERED that the request for counsel is GRANTED.  Victor Hou, Esq., is hereby appointed pursuant to the Criminal Justice Act to represent Torres-Nunez.

        Torres-Nunez will file supportive papers by February 10, 2021.  The government will reply by February 24th.  And if Torrest-Nunez wishes to reply, he will do so by March 10th.

        SO ORDERED.

Dated:   New York, New York
         January 27, 2021

                                          ___s/Denny Chin_____
                                          DENNY CHIN
                                          United States Circuit Judge
                                          Sitting by Designation