UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :

          - against -               :        **ORDER**
                                             87-cr-419-DC
PERSIO TORRES-NUNEZ,                 :

               Defendant.           :

- - - - - - - - - - - - - - - - - - -x

**CHIN, Circuit Judge:**

          Petitioner Persio Torres-Nunez, proceeding *pro se*,
moved for compassionate release and assignment of counsel on
November 18, 2020.  Dkt. No. 260.  His request for counsel was
granted on January 27, 2021, and he was ordered to file
supportive papers by February 10, 2021.  Dkt. No. 262.

          Torres-Nunez requests additional time to file his
supportive papers.  IT IS HEREBY ORDERED that Torres-Nunez shall
file supportive papers by March 5, 2021.  The government shall
respond by March 19th.  And if Torrest-Nunez wishes to reply, he
shall do so by April 2nd.

          SO ORDERED.

Dated:    New York, New York
          February 19, 2021


                              ___s/Denny Chin_____
                              DENNY CHIN
                              United States Circuit Judge
                              Sitting by Designation